IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOBBIE LEE SMITH, ) | Case No. C 15-1633 PSG (PR) |
| ) Petitioner, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| JOHN SOTO, Warden, ) | |
| ) Respondent. ) | |

Bobbie Lee Smith, a state prisoner proceeding *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 3, 2015, the court dismissed the petition with leave to amend, and directed Smith to file an amended petition within thirty days.  Smith was advised that in a habeas petition, a petitioner must specify all the grounds for relief available and state the facts supporting each ground.[1]  A prime purpose that habeas petitioners plead with particularity is to assist the district court in determining whether the state should be ordered to show cause why the writ should not be granted.[2]  Conclusory allegations in a habeas petition fail to state a claim and do not suffice to shift the burden to the state to answer an order to show

---

[1] *See Hendricks v. Vasquez*, 908 F.2d 490, 491-92 (9th Cir. 1990) (habeas petitioner must state his claims with sufficient specificity).

[2] *See Mayle v. Felix*, 545 U.S. 644, 655-56 (2005).

Case No. C 15-1633 PSG (PR)
ORDER OF DISMISSAL

1  cause.³  Smith was cautioned that his failure to file his amended petition within thirty days in
2  conformity with the court's order would result in the dismissal of this action.
3      To date, Smith has not communicated with the court.  The case is DISMISSED without
4  prejudice.
5      The federal rules governing habeas cases brought by state prisoners require a district
6  court that denies a habeas petition to grant or deny a certificate of appealability ("COA") in its
7  ruling.⁴  Smith has not shown "that jurists of reason would find it debatable whether the petition
8  states a valid claim of the denial of a constitutional right."⁵
9      Accordingly, a COA is DENIED.
10     IT IS SO ORDERED.
11 DATED:  9/17/2015

                                                    _____
                                                    PAUL S. GREWAL
12                                                  United States Magistrate Judge

---

³ *See Allard v. Nelson*, 423 F.2d 1216, 1217 (9th Cir. 1970).

⁴ *See* Rule 11(a), Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254.

⁵ *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Case No. C 15-1633 PSG (PR)
ORDER OF DISMISSAL