1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILED**

NOV 2 5 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BOBBIE LEE SMITH,

           Petitioner,

v.

JOHN SOTO, Warden,

           Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. C 15-1633 PSG (PR)

**ORDER DIRECTING
PETITIONER TO FILE
AMENDED PETITION**

Bobbie Lee Smith, a state prisoner proceeding *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 3, 2015, the court dismissed the petition with leave to amend, and directed Smith to file an amended petition within thirty days.  On September 17, 2015, after petitioner failed to file an amended petition or have any further communication with the court, this court dismissed the case and a judgment was entered.

Smith has filed a motion requesting the court reopen this case.  He contends that after the court's initial order dismissing his petition with leave to amend, he filed a letter with the court indicating that the court's blank habeas form was not enclosed.  Smith provides as an exhibit to his motion, a letter to this court dated August 13, 2015, and documentation that he forwarded outgoing mail to this court on August 14, 2015.  These documents were never received by this court.  However, in the interest of justice, Smith is directed to file an amended petition **within**

Case No. C 15-1633 PSG (PR)
ORDER DIRECTING PETITIONER TO FILE AMENDED PETITION

**thirty (30) days** from the filing date of this order.  The amended petition must include the caption and civil case number used in this order (C15-1633 PSG (PR)) and the words "AMENDED PETITION" on the first page.  The Clerk is directed to send to petitioner two copies of the court's blank petition for habeas corpus form, along with this order.  If Smith files an amended petition within the time specified and in accordance with this court's order, the court will then consider petitioner's motion to reopen the case.

    IT IS SO ORDERED.

DATED: ___11.25.15___

                                                 PAUL S. GREWAL
                                                 United States Magistrate Judge

Case No. C 15-1633 PSG (PR)
ORDER DIRECTING PETITIONER TO FILE AMENDED PETITION

2